Robert Eugene DUNWOODIE,
Appellant,

v.

Carol Dianne DICKERSON, and State of Missouri Department of Social Services, Division of Child Support Enforcement, Respondents.

No. WD 62071.

Missouri Court of Appeals,
Western District.

Sept. 16, 2003.

Stephen Sherman Wyse, Columbia, MO, for Appellant.

Lawrence D. Love, Independence, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Robert Dunwoodie appeals the denial of his motion to set aside the order of the

Circuit Court approving an administrative child support order. The judgment is affirmed. Rule 84.16(b).